**LEACH JOHNSON SONG & GRUCHOW**
Sean L. Anderson
Nevada Bar No. 7259
Ryan W. Reed
Nevada Bar No. 11695
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 538-9074
Facsimile:  (702) 538-9113
sanderson@leachjohnson.com
rreed@leachjonhnson.com

*Attorneys for Defendant Crescendo at*
*Silver Springs Homeowners Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST COMPANY AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION 2005-2XS TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>CRESCENDO AT SILVER SPRINGS HOMEOWNERS ASSOCIATION,<br><br>Defendant. | Case No.:   2:16-CV-02173-GMN-VCF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT CRESCENDO AT SILVER SPRINGS HOMEOWNERS ASSOCIATION TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (DKT. 1)**<br><br>*(First Request)* |

Plaintiff, Wilmington Trust Company ("Plaintiff"), by and through their attorneys Melanie D. Morgan and Rex D. Garner of AKERMAN, LLP and Defendant Crescendo at Silver Springs Homeowners Association (the "Association"), by and through their attorney Ryan W. Reed, of LEACH JOHNSON SONG & GRUCHOW, hereby stipulate and agree as follows:

1. Plaintiff filed its Complaint on September 14, 2016 (Dkt. 1).

/ / /

/ / /

/ / /

2. The Association tendered its defense in this action to its insurance carrier and was recently assigned as counsel to represent the Association's interests in this action.

3. The Association shall be granted an additional 24-days to prepare a responsive pleading to Plaintiff's Complaint [Dkt.1] up to and including **November 18, 2016**, to allow the Association sufficient time to review this action to properly prepare its response.

DATED this  31st  day of October, 2016.

| AKERMAN LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| */s/ Rex Garner* | */s/ Ryan W. Reed* |
| Melanie D. Morgan | Sean L. Anderson |
| Nevada Bar No.: 8215 | Nevada Bar No. 7259 |
| Rex Garner | Ryan W. Reed |
| Nevada Bar No.: 9401 | Nevada Bar No. 11695 |
| 1160 N. Town Center Drive, Suite 330 | 8945 W. Russell Road, Suite 330 |
| Las Vegas, NV 89144 | Las Vegas, NV 89148 |
| Telephone: 702-634-5000 | Telephone: (702) 538-9074 |
| melanie.morgan@akerman.com | Facsimile: (702) 538-9113 |
| rex.garner@akerman.com | sanderson@leachjohnson.com |
|  | rreed@leachjonhnson.com |
| *Attorneys for Plaintiff Wilmington Trust Company as Trustee for Structured Asset Securities Corporation 2005-2XS Trust Fund* | *Attorneys for Defendant Crescendo at Silver Springs Homeowners Association* |

## **ORDER**

**IT IS SO ORDERED** this  31st  day of October, 2016.

_____
**U.S. MAGISTRATE JUDGE**