**LEACH JOHNSON SONG & GRUCHOW**
Sean L. Anderson
Nevada Bar No. 7259
Ryan W. Reed
Nevada Bar No. 11695
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@leachjohnson.com
rreed@leachjohnson.com

*Attorneys for Defendant Crescendo at*
*Silver Springs Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST COMPANY AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION 2005-2XS TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>CRESCENDO AT SILVER SPRINGS HOMEOWNERS ASSOCIATION,<br><br>Defendant. | Case No.: 2:16-CV-02173-GMN-VCF<br><br>**STIPULATION AND ORDER WITHDRAWING MOTION FOR PARTIAL SUMMARY JUDGMENT AND REQUIREMENT FOR THE REPLY THERETO** |

Defendant Crescendo at Silver Springs Homeowners Association (the "Association"), and the Plaintiff Wilmington Trust Company, as Trustee for Structured Asset Securities Corporation 2005-2XS Trust Fund ("Plaintiff"), by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff filed a Motion for Partial Summary Judgment on November 3, 2017 (ECF No. 26).

2. The Association's Reply to the Motion for Partial Summary Judgment is currently due November 22, 2017.

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

3. The parties are engaging in settlement discussions at this time and agree to avoid further costs of litigation and the Court's time by withdrawing Plaintiff's Motion for Partial Summary Judgment and the requirement of the Reply thereto.

4. Plaintiff reserves the right to refile its Motion for Partial Summary Judgment in the event settlement discussions prove invalid.

**IT IS SO STIPULATED AND AGREED**

Dated this 21st day of November, 2017.

| **LEACH JOHNSON SONG & GRUCHOW** | **AKERMAN, LLP** |
|---|---|
| */s/ Ryan W. Reed* | */s/ Donna M. Wittig* |
| Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>Ryan W. Reed, Esq.<br>Nevada Bar No. 11695<br>8945 W. Russell Road, #330<br>Las Vegas, NV 89148<br>*Attorneys for Defendant, Crescendo at Silver Springs HOA* | Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>Donna M. Wittig, Esq.<br>Nevada Bar No. 11015<br>1160 Town Center Drive, #330<br>Las Vegas, NV 89144<br>*Attorneys for Plaintiff, Wilmington Trust Company* |

**IT IS SO ORDERED.**

Dated December 5, 2017

_____
UNITED STATES MAGISTRATE JUDGE